UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

      Plaintiff,

v.                                          Case No.: 1:24-CV-01227

CASSANDRA BUSCHE,
ON BEHALF OF LSB, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO APPROVE MINOR SETTLEMENT

This matter is before the Court on the parties' Joint Motion to Approve Minor Settlement and Dismiss with Prejudice (the "Joint Motion"). Dkt. No. 46. At issue is the distribution of the proceeds of the $250,000 life insurance policy insuring the life of James M. Busche, together with all accrued interest (*i.e.*, any sum in excess of $250,000).

The Court, having reviewed the Joint Motion and held a hearing to address questions, finds that good cause exists to grant the requested relief and hereby approves the Joint Motion. Specifically, the Court finds that the distribution of settlement proceeds set forth in the Joint Motion is fair and reasonable, and in the best interests of L.S.B. Further, following the hearing, the court determined that in light of how interest accrues on deposited funds, it is most prudent to distribute funds to the parties at one time to ensure that all interest is distributed in proportions consistent with the parties' agreement.

For these reasons, the Court **GRANTS** the Joint Motion.

**IT IS FURTHER ORDERED:**

Upon the Clerk receiving paperwork confirming that a restricted account has been set up and established for the benefit of L.S.B., the Clerk shall distribute the deposited funds as follows:

a.  To the Trust Account for Roels, Keidatz, Fronsee & Danen, LLC on behalf of Jeannine Devroy in the amount of $62,500 plus 25 percent of all accrued interest .

b.  To the Amundsen Davis LLC Trust Account on behalf of Talia Busche in the amount of $93,750 plus 37.5 percent of all accrued interest;

c.  To the Amundsen Davis LLC Trust Account on behalf of L.S.B. in the amount of $93,750 plus 37.5 percent of all accrued interest.

Upon the Clerk issuing the payments set forth in this Order, this action is dismissed with prejudice and without costs.

Dated this 20th day of May, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2